■ The People of the State of New York, Respondent, v Willie Robinson, Appellant.—Judgment, Supreme Court, New York County (Alfred Kleiman, J.), rendered on August 13, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Asch, Kassal and Rosenberger, JJ.

■ The People of the State of New York, Respondent, v Thomas Porter, Appellant.—Judgment, Supreme Court, New York County (Edwin Torres, J.), rendered on December 16, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Asch, Kassal and Rosenberger, JJ.

■ The People of the State of New York, Respondent, v Anthony Trotta, Appellant.—Judgment, Supreme Court, New York County (Harold Baer, J.), rendered on September 24, 1984, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Ross, Fein, Milonas and Ellerin, JJ.